908

No. 479. WONG SUN ET AL. *v.* UNITED STATES. Certiorari, 368 U. S. 817, to the United States Court of Appeals for the Ninth Circuit. Argued March 29 and April 2, 1962. This case is restored to the calendar for reargument. *Edward Bennett Williams* (appointed by this Court, 368 U. S. 973) argued the cause and filed a supplemental brief for petitioners. *Sol A. Abrams* also filed a brief for petitioners. *Solicitor General Cox* argued the cause for the United States. With him on the briefs were *Assistant Attorney General Miller, Beatrice Rosenberg, J. F. Bishop* and *Julia P. Cooper.*

No. 868. BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. *v.* LOUISVILLE & NASHVILLE RAILROAD CO. C. A. 6th Cir. Certiorari granted. *Charles I. Dawson, Harold C. Heiss, Russell B. Day, Harold N. McLaughlin, Wayland K. Sullivan* and *V. C. Shuttleworth* for petitioners. *John P. Sandidge, H. G. Breetz, W. L. Grubbs, M. D. Jones* and *Joseph L. Lenihan* for respondent.

No. 890, Misc. GIDEON *v.* COCHRAN, CORRECTIONS DIRECTOR. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Florida granted. Case transferred to the appellate docket. In addition to other questions presented by this case, counsel are requested to discuss the following in their briefs and oral argument: "Should this Court's holding in *Betts* v. *Brady*, 316 U. S. 455, be reconsidered?" Petitioner *pro se. Richard W. Ervin,* Attorney General of Florida, and *Bruce R. Jacob,* Assistant Attorney General, for respondent.